### *Van Rensselaer* v. *Hopkins, Bail of Shelden.*

EMOTT moved for time to surrender the princi-
pal on an affidavit by the bail stating that the *capias*,
returnable on the first day of this term, was not serv-
ed on him till the 22d of *July;* that *Shelden* resided
75 miles west of him, and he himself near 300 miles
west of *Albany*, to which place it was necessary to
send for a copy of the bail-piece, so that it was impos-
sible to make the surrender in due time. That the
plaintiff had sued out a *fi. fa.* against the goods of
*Shelden*, which the deponent had been informed, and
at the time verily believed to be true, was a complete
exoneration from his liability.

*Per Curiam.* Take your motion.